HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br>Plaintiff,<br>v.<br>RABANCO, LTD., a Washington corporation,<br>Defendant. | Case No. 2:26-cv-02048-TL<br>**NOTICE OF APPEARANCE**<br>**(CLERK'S ACTION REQUIRED)** |

TO: Clerk of Court; and

TO: Marc Zemel, Evelyn Mailander, and Smith & Lowney, PLLC.

PLEASE TAKE NOTICE that Defendant Rabanco, Ltd. hereby enter its appearance in the above-captioned action by their attorneys Michael A. Nesteroff and Ballard Spahr LLP and, without waiving any objections as to jurisdiction, respectfully requests that all papers and pleadings in said cause, other than process, be served upon the undersigned attorneys at their office below stated.

DATED: October 16, 2026

BALLARD SPAHR LLP

By: /s/ Michael A. Nesteroff
Michael A. Nesteroff, WSBA No. 13180
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Telephone: 206.223.7000
nesteroffm@ballardspahr.com
*Attorneys for Defendant Rabanco, Ltd.*